No. 67255.—Ace Import Co., Inc., and Swiss Music Crafts, Inc. *v.* United States, protests 62/4229 and 62/5015 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of Abstract 66652, the claim of the plaintiffs was sustained.

No. 67256.—Kanematsu New York, Inc., et al. *v.* United States, protests 62/1111, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of wide-angle and telephoto lenses similar in all material respects to those the subject of *Unimark Photo, Inc.* v. *United States* (47 Cust. Ct. 75, C.D. 2283), the claim of the plaintiffs was sustained.

No. 67257.—Bruce Duncan Co., Inc. *v.* United States, protest 61/19676 (Los Angeles).

Opinion by OLIVER, C.J. The protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 67258.—M. Adler's Son, Inc., et al. *v.* United States, protests 59/765, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.